UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN D. LOCKETT, | NO. CV 14-5366-PSG (AGR) |
| Petitioner, | JUDGMENT |
| v. | |
| RICHARD B. IVES, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed without prejudice.

DATED: August 15, 2014   _____
PHILIP S. GUTIERREZ
United States District Judge